No. 1077. 75 CASES OF PEANUT BUTTER ET AL. *v.* UNITED STATES. May 7, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Raymond M. Hudson* and *J. Charles Fagan* for petitioners. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark* and *Mr. Robert S. Erdahl* for the United States.

No. 1084. KRAFT CHEESE CO. *v.* COE, COMMISSIONER OF PATENTS. May 7, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Cyril A. Soans* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Shea, Messrs. Paul A. Sweeney, Jerome H. Simonds, W. W. Cochran* and *R. F. Whitehead* for respondent.

No. 1103. FANTINI, ADMINISTRATRIX, *v.* READING COMPANY. May 7, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Herbert Zelenko* for petitioner. *Mr. George Gildea* for respondent.

No. 1117. KASISHKE ET AL. *v.* BAKER. May 7, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Seth W. Richardson* and *Warren E. Magee* for petitioners. *Mr. Conn Linn* for respondent.

No. 1121. FINN, TRUSTEE, *v.* 415 FIFTH AVENUE CO., INC. May 7, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.